# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHN CANNING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 1:22cv00339-TWT |
| | ) |
| SHIRLEY JACKSON, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS BOBBITT, WICKER, EDWARDS, WARD, HOLT, TOOLE, SHEPARD, AND SAULS' MOTION TO DISMISS

Defendants Trevonza Bobbitt, Josh Wicker, Deidra Edwards, Timothy Ward, Ahmed Holt, Robert Toole, Stan Shepard, and Jack Sauls, pursuant to Federal Rules of Civil Procedure 8, 10, and 12(b)(6), move this Court to dismiss this matter for failure to properly plead the case and failure to state a claim upon which relief may be granted. These Defendants submit a brief in support of this motion.

Respectfully submitted this 26th of April, 2022.

        CHRISTOPHER M. CARR 112505
        Attorney General

        KATHLEEN M. PACIOUS 558555
        Deputy Attorney General

        SUSAN E. TEASTER   701415
        Senior Assistant Attorney General

        */s/ Laura L. Lones*
        LAURA L. LONES  456778
        Senior Assistant Attorney General

        Attorneys for Defendants Bobbitt, Wicker, Edwards, Ward, Holt, Toole, Shepard, and Sauls

Please Serve:
LAURA L. LONES
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (470) 355-2765
Facsimile:  (404) 651-5304
E-mail: llones@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed **DEFENDANTS BOBBITT, WICKER, EDWARDS, WARD, HOLT, TOOLE, SHEPARD, AND SAULS' MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 26th day of April, 2022.

*/s/ Laura L. Lones*
Senior Assistant Attorney General

## CERTIFICATION AS TO FONT

Pursuant to Local Rule 7.1D, I hereby certify that this motion is submitted in Century Schoolbook 13 point type as required by Local Rule 5.1(b).

/s/ *Laura L. Lones*
Senior Assistant Attorney General