IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JOHN CANNING, | * |
| Plaintiff, | * |
| v. | *   CV 622-038 |
| SHIRLEY JACKSON, et al., | * |
| Defendants. | * |

# ORDER

Before the Court is Defendants Trevonza Bobbitt, Deidra Edwards, Ahmed Holt, Jack Sauls, Stan Shepard, Robert Toole, Timothy Ward, and Josh Wicker's (the "Moving Defendants") motion to dismiss. (Doc. 14.) The Moving Defendants have since been dismissed from this case due to this Court's February 28, 2023 Order. (See Doc. 45.)

Accordingly, **IT IS HEREBY ORDERED** that the Moving Defendant's motion to dismiss (Doc. 14) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of March, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA