IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JOHN CANNING, | * |
| Plaintiff, | * |
| v. | *   CV 622-038 |
| CAROL EASON-JACKSON, | * |
| Defendant. | * |

O R D E R

Before the Court is the Parties' joint stipulation of dismissal with prejudice as to Defendant Carol Eason-Jackson. (Doc. 61.)  All remaining Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. As Defendant Carol Eason-Jackson is the only remaining defendant, the Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of November, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA